ELIZABETH A. MISSAKIAN
State Bar No. 50957
P.O. Box 33368
San Diego, California 92163
(619) 233-6534

Attorney for Defendant
HUGO SANCHEZ-TORRES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>HUGO SANCHEZ-TORRES, )<br><br>Defendant. )<br>_____ ) | Crim No. 07cr2477-GT<br><br>**ORDER FOR PREPARATION OF CRIMINAL HISTORY REPORT BY UNITED STATES PROBATION DEPARTMENT** |

This Court has read and considered the Declaration of Elizabeth A. Missakian in support of an Order for Preparation of a Criminal History Report by the United States Probation Department.

IT IS HEREBY ORDERED that the United States Probation Department prepare a criminal history report for Hugo Sanchez-Torres (Reg. No. 31228-198, Date of Birth June 20, 1968) for this Court's use at the upcoming entry of plea and sentencing hearing currently set for November 1, 2007 at 9:00 a.m.

The Probation Department is ordered to include in the criminal history report, information on the specific date Mr. Sanchez-Torres was released from federal custody on the sentence imposed on May 3, 2004 in Southern District of California Case Nos. 03cr0725 and 04cr0770.

DATED:    September 28 2007

HON. GORDON THOMPSON
United States District Court